UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JODY M. KENNARD, | Civil No. 3:08-cv-5750-JRC |
| Plaintiff, | |
| vs. | ORDER FOR AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the Agreed Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have until May 14, 2009 to file an Opening Brief;
- Defendant shall have up to and including June 11, 2009, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including June 25, 2009, to file a reply brief.

Page 1　　ORDER - [3:08-cv-5750-JRC]

DATED this 24th day of April 2009.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

Presented by:

s/ Leisa A. Wolf
LEISA A. WOLF
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3621
Fax: 206-615-2531
leisa.wolf@ssa.gov