# United States District Court

WESTERN DISTRICT OF WASHINGTON

JODY KENNARD
        Plaintiff,         JUDGMENT IN A CIVIL CASE
   v.

MICHAEL ASTRUE,
  Commissioner of Social Security,        CASE NUMBER: C08-5750FDB

        Defendants,

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's final decision be reversed and remanded for a de novo hearing pursuant to 42 U.S.C. &405(g).

May 22, 2009                                    BRUCE RIFKIN
                                                                                                     Clerk

                                                                                              /s/ Pat LeFrois
                                                                                              Deputy Clerk