UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JODY M. KENNARD,<br><br>       Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>       Defendant. | NO. C08-5750<br><br>STIPULATION AND ORDER RE AWARD<br>OF ATTORNEY'S FEES AND COSTS |

## STIPULATION

It is hereby stipulated and agreed by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 5.40 hours by counsel for the plaintiff, a statutorily allowed rate of $171.11 per hour, and $17.80 for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

Dated this 1st day of October 2009.

/s/ Charles W. Talbot           Approved per phone call 10/1/09
Charles W. Talbot, WSBA #7448      Leisa A. Wolfe
Attorney for Plaintiff             Attorney for Defendant

## ORDER/JUDGMENT

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $924.00 and expenses of $17.80 pursuant to 28 U.S.C. § 1920, for a total judgment of $941.80.

Dated this 6th day of October 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry

Approved per phone call 10/1/09
Leisa A. Wolfe
Attorney for Defendant

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2